Local Form 4 (Details)                              June 2015

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 15-31146 |
| Jamie Charmane Moss | ) | |
| | ) | Chapter 13 |
| | ) | |
| SSN: XXX-XX-3407 | ) | |
| | Debtor(s)   ) | |

**DETAILS OF CHAPTER 13 PLAN**
**FOR CASES FILED ON OR AFTER JUNE 1, 2015**

The following information supplements and details the specific provisions of the debtor(s) plan, are incorporated therein, and should be read together with the attached Chapter 13 plan.

**APPLICABLE MOTIONS**

**Check the motions applicable to this plan.**
( x )  Motion to Value Liens Includes Valuation of Property Securing a Claim
( x )  Motion to Value Liens includes Valuation of Property Securing a Claim in an Amount Less than
        the Amount of the Claim
(  )  Motion to Avoid Liens § 522(f)
(  )  Motion to Assume Executory Contract(s) and Unexpired Leases
(  )  Motion to Reject Executory Contract(s) and Unexpired Leases
(  )  No Motions Applicable to this Plan

**PLAN PAYMENTS, PAYMENT INCREASES, ATTORNEY FEES**

1.     a.  The plan proposes to pay  $2,405.00 per month for 60 months (est. payout to unsecureds__1__%) **OR**

        for ____% payout to unsecureds.

        b.  If applicable, the plan will also be funded by:_____

        c.  The attorney for the debtor(s) has received $___500.00_____ of the total base attorney fee of $3,900.00.

**CLASSIFICATION AND TREATMENT OF CLAIMS**

2.     **Secured Claims**

        a.  Treatment of Secured Claims [using treatment terms shown in ¶ 4a of the Plan attached]:

| Creditor | Collateral | Value of Coll. | Claim Amt. | Treatment | Int. Rate (numeric) |
|---|---|---|---|---|---|
| Kondaur Capital | residence | $133,480.00 | $178,000.00 | Conduit | 4.5% |
| Santander Consumer | 2008 Nissan Altima (NADA) | $7,500.00 | $16,000.00 | As valued | 5.25% |

        b. Monthly Conduit Payment

| Creditor | Monthly Conduit Payment |
|---|---|
| Kondaur Capital | $1,178.00 |

        c.  Pre-petition arrearage, if any, to be paid through the Chapter 13 Trustee:

| Creditor | Collateral | Pre-petition arrearage |
|---|---|---|
| Kondaur Capital | residence | $49,000.00 |

        d.  Pay interest on mortgage arrearage? Yes_____   No__x___   If yes, interest rate: ____%

        e.  Insurance information for all secured claims (real property or motor vehicles)

| Collateral | Insurance Agent and Address | Vehicle Mileage | VIN. |
|---|---|---|---|
| Vehicle and Residence | Met Life Home & Auto. American Modern Insurance Group P.O. Box 75125 Dayton, OH  45475 | 139,000+ | 1N4AL21E98N404212 |

3.     **Priority Claims**

        a.  Section 507(a)(2–10) Priority Claims other than DSO's   [ X ] None **OR**

        Name                                                        Claim Amount