UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:      CASE NO: 15-31146

Jamie Charmane Moss

SSN# : XXX-XX-3407     DEBTOR

## MOTION OF TRUSTEE TO DISMISS CASE
## OR TO MODIFY PLAN

The undersigned Trustee in the above-referenced Chapter 13 case hereby moves the Court to dismiss the case, or to modify the plan in such a manner as the Court deems necessary and appropriate, for the following reason(s):

**Plan payments are currently in default.**

A Preliminary Hearing will be held on this motion as shown on the attached Notice, at which the Trustee will recommend to the Court to grant a variety of relief options in this case, including but not limited to dismissing the case, extending or reducing the term of the plan, reducing or increasing the plan payment, reducing the percentage paid to unsecured creditors, granting a moratorium on missed payments, granting a hardship discharge, modifying the plan to the payments made so far, allowing for a fee to the debtor's attorney for representation at the hearing, or granting any other such relief which the Court determines to be necessary and appropriate.

Dated: August 27, 2016

Warren L. Tadlock
Standing Chapter 13 Trustee
5970 Fairview Road, Suite 650
Charlotte, NC 28210-2100

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                                                                          CASE NO:  15-31146

   Jamie Charmane Moss

SSN# :  XXX-XX-3407          DEBTOR

**NOTICE OF MOTION OF TRUSTEE TO DISMISS CASE OR TO MODIFY PLAN**

   The Chapter 13 Trustee has filed papers in the bankruptcy case for the DEBTOR named above to dismiss the case or to modify the plan.

   **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

   If you do not want the Court to grant the relief requested by the Trustee in the motion, or if you want the Court to consider your views on this motion, then you or your attorney must file with the Court a written response to the motion by September 20, 2016 at the following address:

   CLERK, U.S. BANKRUPTCY COURT
   401 W TRADE ST.
   CHARLOTTE, NC  28202

   If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

   A Preliminary Hearing will be held on the Trustee's motion on **September 28, 2016 at 10:50 am** at the following address:

   OFFICE OF THE CHAPTER 13 TRUSTEE
   5970 FAIRVIEW ROAD
   SUITE 650
   CHARLOTTE, NC  28210-2100

   **If you oppose the relief sought in the Trustee's motion, you must attend the Preliminary Hearing.** Failure to attend the Preliminary Hearing and to otherwise respond to the motion may result in the Court granting the relief sought. If a response is made and the motion is not resolved by consent at the Preliminary Hearing, a hearing before the Court will be scheduled.

Dated:  August 27, 2016                                              Warren L. Tadlock
                                                                                          Standing Chapter 13 Trustee
                                                                                          5970 Fairview Road, Suite 650
                                                                                          Charlotte, NC  28210-2100

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                                                             CASE NO: 15-31146

Jamie Charmane Moss

SSN# : XXX-XX-3407      DEBTOR

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 8/30/2016.

L. Pascal
Office of the Chapter 13 Trustee

BROCK & SCOTT PLLC, 5121 PARKWAY PLAZA DR STE 300, CHARLOTTE, NC 28217
BROCK & SCOTT PLLC, 5431 OLEANDER DR, WILMINGTON, NC 28403-5847
CITY COUNTY TAX COLLECTOR, PO BOX 31637, CHARLOTTE, NC 28231
ELLIS T MICKLE, 10140 REINDEER WAY LANE, CHARLOTTE, NC 28216
HORACK TALLEY PHARR & LOWNDES, 2600 ONE WELLS FARGO CENTER, 301 S COLLEGE STREET, CHARLOTTE, NC 28202
INTERNAL REVENUE SERVICE, Centralized Insolvency Operations, PO BOX 7346, PHILADELPHIA, PA 19101
Jamie Charmane Moss, 502 Rook Road, Charlotte, NC 28216
KONDAUR CAPITAL CORP, PO BOX 1449, ORANGE, CA 92868
KONDAUR CAPITAL CORPORATION, 333 SOUTH ANITA DRIVE, SUITE 400, ORANGE, CA 92868
NAVIENT SOLUTIONS INC, EDUCATIONAL CREDIT MANAGEMENT CORP, LOCK BOX 8682, PO BOX 16478, ST PAUL, MN 55116-0478
NAVIENT SOLUTIONS INC, EDUCATIONAL CREDIT MANAGEMENT CORP, PO BOX 16408, ST PAUL, MN 55116-0408
NC DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC 27602-1168
PRESBYTERIAN HOSPITAL, PO BOX 65069, CHARLOTTE, NC 28265
QUAIL RIDGE HOA, KUESTER MANAGEMENT GROUP LLC, PO BOX 3340, FORT MILL, SC 29708
SANTANDER CONSUMER USA INC, PO BOX 560284, DALLAS, TX 75356
SANTANDER CONSUMER USA INC, PO BOX 961245, FORT WORTH, TX 76161
STRAYER UNIVERSITY, 9101 KINGS PARADE BLVD STE 200, CHARLOTTE, NC 28273
UNIVERSITY OF PHOENIX, 3800 ARCO CORPORATE DRIVE, CHARLOTTE, NC 28273
US DEPARTMENT OF EDUCATION, C/O FEDLOAN SERVICING, PO BOX 530210, ATLANTA, GA 30353-0210
US DEPARTMENT OF EDUCATION, C/O FEDLOAN SERVICING, PO BOX 69184, HARRISBURG, PA 17106-9184
US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, 451 7TH ST SW, WASHINGTON, DC 20410
US DEPARTMENT OF HUD, NOVAD MANAGEMENT CONSULTING LLC, 2401 NW 23RD ST SUITE 1A1, OKLAHOMA CITY, OK 73107
WYNDHAM VACATION RESORTS, PO BOX 98940, LAS VEGAS, NV 89193

Total Served:23